No. 426. J. BACON & SONS *v.* MARTIN, COMMISSIONER OF REVENUE. Appeal from the Court of Appeals of Kentucky. Decided October 18, 1937. *Per Curiam:* The appeal herein is dismissed as it does not appear from the record that there is a final judgment. *Haseltine* v. *Central Bank of Springfield (No. 1)*, 183 U. S. 130, 131; *McComb, Executor,* v. *Commissioners,* 91 U. S. 1; *Moore* v. *Robbins,* 18 Wall. 588; *McGourkey* v. *Toledo & Ohio Central Ry. Co.,* 146 U. S. 536, 545; *Union Mutual Life Ins. Co.* v. *Kirchoff,* 160 U. S. 374, 378; *Great Western Telegraph Co.* v. *Burnham,* 162 U. S. 339, 345, 346; *American Bakeries Co.* v. *Huntsville,* 299 U. S. 514. *Mr. Charles I. Dawson* for appellant. No appearance for appellee.

No. 440. MORRIS *v.* ALABAMA. Appeal from the Supreme Court of Alabama. Decided October 18, 1937. *Per Curiam:* The appeal herein is dismissed (1) for the want of a substantial federal question, *Missouri* v. *Lewis,* 101 U. S. 22, 30, 31; *Gardner* v. *Michigan,* 199 U. S. 325, 333, 334; *Fort Smith Light Co.* v. *Paving District,* 274 U. S. 387, 391; *Ohio* v. *Akron Park District,* 281 U. S. 74, 81; (2) for the want of a properly presented federal question, *Citizens' Savings Bank* v. *Owensboro,* 173 U. S. 636, 643; *New York* v. *Kleinert,* 268 U. S. 646, 650; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700. The motion for leave to proceed further *in forma pauperis* is denied. *Samuel J. Morris, pro se.* No appearance for appellee.